THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY CALLAHAN, Respondent, v. ALFRED P. RUSSELL, as County Treasurer, etc., and HERBERT S. SISSON, as State Commissioner of Excise, etc., Appellants.— Order affirmed, without costs, on authority of *People ex rel. Glick* v. *Russell* (*ante*, p. 322), decided herewith. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.